No. 91–8566.  IN RE SCHIFF;
No. 91–8746.  IN RE CHANEY;

No. 91–8762. IN RE L'AQUARIUS;
No. 92–5034. IN RE ESTES;
No. 92–5073. IN RE MILLER;
No. 92–5083. IN RE SEDIVY;
No. 92–5114. IN RE MILLER;
No. 92–5345. IN RE VEY; and
No. 92–5427. IN RE WILSON. Petitions for writs of habeas corpus denied.